```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                        EASTERN DISTRICT OF VIRGINIA
                             Alexandria Division
```

FILED
IN OPEN COURT

NOV 16 2012

UNITED STATES OF AMERICA   )
                           )
v.                         ) 1:12cr223 (LMB)
                           )
HAMADA MAKARITA,           )
                           )
      Defendant.           )
                           )

## VERDICT FORM

The jury unanimously finds as follows:

As to Count 1 - Conspiracy to unlawfully distribute and dispense controlled substances - we the jury unanimously find the defendant, Hamada Makarita,

    Not Guilty _____        Guilty ___X___

As to Count 2 - Unlawful distribution and dispensing Vicodin to Janet Brumbaugh on November 13, 2007 - we the jury unanimously find the defendant, Hamada Makarita,

    Not Guilty _____        Guilty ___X___

As to Count 3 - Unlawful distribution and dispensing Vicodin to Janet Brumbaugh on January 23, 2008 - we the jury unanimously find the defendant, Hamada Makarita,

    Not Guilty _____        Guilty ___X___

As to Count 4 - Unlawful distribution and dispensing Vicodin to Janet Brumbaugh on July 19, 2008 - we the jury unanimously find the defendant, Hamada Makarita,

    Not Guilty ___X___          Guilty _____

As to Count 5 - Unlawful distribution and dispensing Dilaudid to Reem Hammoud on April 24, 2008 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty __X__          Guilty _____

As to Count 6 - Unlawful distribution and dispensing Vicodin to Reem Hammoud on January 4, 2010 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty __X__          Guilty _____

As to Count 7 - Unlawful distribution and dispensing Vicodin to Reem Hammoud on January 7, 2011 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty __X__          Guilty _____

As to Count 8 - Unlawful distribution and dispensing Percocet to Karen Derder on January 30, 2009 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty __X__          Guilty _____

As to Count 9 - Unlawful distribution and dispensing Percocet to Karen Derder on March 27, 2009 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty __X__          Guilty _____

As to Count 10 - Unlawful distribution and dispensing Fentanyl to Karen Derder on April 23, 2009 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty _____          Guilty __X__

As to Count 11 - Unlawful distribution and dispensing Vicodin to Masooda Azad on July 11, 2007 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty __X__          Guilty _____

2

As to Count 12 - Unlawful distribution and dispensing Valium to Masooda Azad on July 26, 2007 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty _____    Guilty __X__

As to Count 13 - Unlawful distribution and dispensing Vicodin to Masooda Azad on January 24, 2008 - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty _____    Guilty __X__

As to Count 14 - From March 17, 1998 through May 18, 2010 engaging in a scheme to defraud Aetna, a health care benefit program - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty _____    Guilty __X__

If the jury finds Hamada Makarita not guilty as to Count 14, then you do not need to consider Count 15. If you find Hamada Makarita guilty as to Count ~~15~~ 14, then you must decide Count 15.

As to Count 15 - From March 17, 1998 through May 18, 2010 unlawfully using the name of another dentist without his authority in connection with making claims to a health care benefit program - we the jury unanimously find the defendant, Hamada Makarita,

Not Guilty _____    Guilty __X__

So say we all this _16th_ day of November, 2012.

_____
Foreperson (signature)

_____
Foreperson (printed)

3